UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE POWER,<br><br>    Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA & DIGITAL EQUIPMENT CORP. GROUP LONG TERM DISABILITY PLAN, aka, HEWLETT-PACKARD CO. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-40069FDS |

## JOINT MOTION TO STAY

The parties to the above-entitled action, Plaintiff Katherine Power ("Ms. Power") and the Defendants, Prudential Insurance Company of America ("Prudential") and Digital Equipment Corporation Group Long Term Disability Plan, aka, Hewlett-Packard Company Group Long Term Disability Plan ("Plan") (collectively referred to as "Defendants") hereby request that the Court stay this action and state:

1. **Nature of the Action.** Ms. Power seeks to recover disability benefits under a group insurance policy issued by Defendant Prudential Insurance Company of America ("Prudential") to Ms. Power's employer pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically 29 U.S.C. §1132(a)(1)(B).

2. **Procedural Background.** Ms. Power filed the action on or about May 6, 2005. The Defendants have not yet answered the Complaint. Rather, the parties have agreed to permit Ms. Power to complete the ERISA internal appeal process ("Internal Appeal") prior to completing this federal court action.

3.  **Grounds for Stay.**  Ms. Power desires to pursue the non-judicial remedy of pursing her claim through the Prudential Internal Appeal.  The Internal Appeal will permit Prudential to conduct a new review of its denial of Ms. Power's claim, review new and additional information, and render a decision either upholding its original denial of Ms. Power's claim or reversing that decision.  If the Internal Appeal results in a reversal or other change in the prior decision denying Ms. Power's claim for benefits, this action will be moot.  To the extent that following the Internal Appeal, there remains a complete or partial denial of benefits, Ms. Power's right to initiate or continue litigation regarding that portion of the prior denial that has not been reversed or changed shall not be waived.

Any applicable statute of limitations shall be tolled during the Internal Appeal.

Staying the litigation makes practical sense since the Internal Appeal might moot the claims in the lawsuit.

The granting of this Motion will not prejudice either party.

4.  **Relief Requested.**  The parties respectfully request that the Court stay the action pending completion of the reassessment of Ms. Power's claim under the Internal Appeal, pursuant to the terms set forth above.

Respectfully submitted:

| | |
|---|---|
| The Plaintiff,<br>Katherine Power | The Defendants,<br>The Prudential Ins. Co. of America<br>Digital Equipment Corporation Group Long Term Disability Plan, aka, Hewlett-Packard Company Group Long Term Disability Plan |
| By Her Attorneys, | By its Attorneys, |
| /s/ Mala M. Rafik<br>Mala M. Rafik<br>BBO No. 638075<br>S. Stephen Rosenfeld<br>BBO No. 428940<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA. 02108<br>(617) 723-7470 | /s/ Carey L. Bertrand<br>William T. Bogaert<br>BBO No. 546321<br>Carey L. Bertrand<br>BBO No. 650496<br>Wilson, Elser, Moskowitz, Edelman Decker, LLP.<br>155 Federal Street<br>Boston, MA  02110<br>(617) 422-5300 |

Dated: June 24, 2005