UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE POWER,<br><br>    Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA & DIGITAL EQUIPMENT CORP. GROUP LONG TERM DISABILITY PLAN, aka, HEWLETT-PACKARD CO. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-40069FDS |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties to the above-entitled action, Plaintiff Katherine Power ("Ms. Power") and the Defendants, Prudential Insurance Company of America ("Prudential") and Digital Equipment Corporation Group Long Term Disability Plan, aka, Hewlett-Packard Company Group Long Term Disability Plan ("Plan") (collectively referred to as "Defendants") hereby request that the Court postpone the status conference currently scheduled for January 30, 2006 for three weeks. As grounds for this Motion, the parties hereby state:

1. **Status of the Internal Appeal**. As the Court is aware, this case is currently stayed to permit Ms. Power to undergo the ERISA internal appeal process ("Internal Appeal") prior to completing this federal court action. Ms. Power has submitted new and updated information relative to Prudential's review of its termination of her claim. Prudential is continuing to review Ms. Power's

claim and has yet to render a decision either upholding or reversing its original decision. Although a decision was expected within thirty (30) days, Prudential conducted an internal review, and has permitted the Plaintiff an opportunity to respond. The Plaintiff's response is due on or by January 27, 2006. Once Prudential receives the Plaintiff's response, it will render a decision on the Plaintiff's appeal. This decision may moot the current action. Continuing the status conference until a decision has been rendered will ensure that the Court's time is used effectively during the Status Conference.

2. All parties agree to this schedule; and

3. None of the parties will be prejudiced if the schedule is approved.

Respectfully submitted:

| | |
|---|---|
| The Plaintiff,<br>Katherine Power | The Defendants,<br>The Prudential Ins. Co. of America<br>Digital Equipment Corporation Group Long Term Disability Plan, aka, Hewlett-Packard Company Group Long Term Disability Plan |
| By Her Attorneys, | By its Attorneys, |
| /s/ Mala M. Rafik<br>Mala M. Rafik<br>BBO No. 638075<br>S. Stephen Rosenfeld<br>BBO No. 428940<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA. 02108<br>(617) 723-7470 | /s/ Carey L. Bertrand (MMR)<br>William T. Bogaert<br>BBO No. 546321<br>Carey L. Bertrand<br>BBO No. 650496<br>Wilson, Elser, Moskowitz, Edelman Decker, LLP.<br>155 Federal Street<br>Boston, MA  02110<br>(617) 422-5300 |

Dated: January 20, 2006