**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KATHERINE POWER,<br><br>　　Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA & DIGITAL EQUIPMENT CORP. GROUP LONG TERM DISABILITY PLAN, aka, HEWLETT-PACKARD CO. GROUP LONG TERM DISABILITY PLAN,<br><br>　　Defendants | CIVIL ACTION NO. 05-40069FDS |

**PLAINTIFF KATHERINE POWER'S**
**LR, D. Mass. 16.1(D)(3) CERTIFICATION**

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Katherine Power, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

　　(a)　　with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

　　(b)　　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

1

Dated: March 20, 2006

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470


/s/ Katherine Power
Katherine Power

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing was served on Defendant's counsel by first class U.S. Mail, postage prepaid this 20th day of March, 2006.

                  /s/ Mala M. Rafik
                  Mala M. Rafik