**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KATHERINE POWER,<br><br>    Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA & DIGITAL EQUIPMENT CORP. GROUP LONG TERM DISABILITY PLAN, aka, HEWLETT-PACKARD CO. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-40069FDS |

**JOINT STATEMENT REGARDING PRETRIAL MATTERS**

Pursuant to Local Rule 16.1, the parties to the above-entitled action, Plaintiff Katherine Power ("Ms. Power") and the Defendants, Prudential Insurance Company of America ("Prudential") and Digital Equipment Corporation Group Long Term Disability Plan, aka, Hewlett-Packard Company Group Long Term Disability Plan ("Plan") (collectively referred to as "Defendants") file this Joint Statement Regarding Pretrial Matters.

**Proposed Discovery Plan and Schedule for Motions**

a. Motions to join additional parties and to amend the pleadings must be filed by **May 5, 2006**.

b. The Defendants agree to provide the Plaintiff with a complete copy of the Proposed Record for Judicial Review by **April 21, 2006**.

1

c. Upon receiving the Proposed Record, the Plaintiff shall review the documents submitted as part of the record and identify those documents containing information that must be redacted or filed under seal pursuant to Rule 5.3 of this Court's Rules (amendment effective May 6, 2003). Plaintiff shall notify Defendants' counsel in writing by **May 12, 2006** providing a list of all information it seeks to redact, or file under seal pursuant to Local Rule 5.3. If the Defendants object to the redaction or filing under seal of any of the information Plaintiff proposes to redact or file under seal, the parties shall confer in an attempt to resolve those issues. If the issues cannot be resolved, either party may file a motion on or before **May 26, 2006** with the Court seeking a ruling on any such issue. Alternatively, either party may file a motion to seal the entire Record for Judicial Review, on or before **May 26, 2006**.

d. If the Plaintiff claims that any of the record is incomplete or inaccurate in any way, she must notify the Defendants' counsel in writing of the same by **May 5, 2006**. If the Plaintiff does not provide such notice by **May 5, 2006**, then the Defendants shall file with the Court each of the documents served on Plaintiff entitled as "Agreed to Record for Judicial Review." If the Plaintiff does provide such notice, then the parties must then confer in an attempt to ascertain an Agreed To Record for Judicial Review by **May 12, 2006**. If the parties come to an agreement, they are to immediately file an "Agreed To Record For Judicial Review." To the extent the parties disagree concerning the proper contents of the record for judicial review, Plaintiff shall file a motion detailing any additional material they seek to have added to the record for judicial review by **May 26, 2006**. Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

e.  If any party proposes that it is entitled to any discovery, to constitute or supplement the Record For Judicial Review, it must file with the Court a motion demonstrating the party's entitlement to such discovery.  Any motions seeking leave to conduct discovery must be filed by **May 26, 2006 with a copy of the proposed discovery request attached thereto**.  Parties opposing any such motion shall have thirty (30) days from service of a request to file an opposition thereto.

f.  Any Discovery shall be completed within thirty (30) days after the Court rules on the above-referenced discovery motions.

g.  Thirty (30) days following the completion of discovery, the parties shall file motions regarding the standard of review to be utilized in this matter.

h.  Any party filing a Motion for Judgment on Stipulated Record shall do so two months after the Court rules on any outstanding motions regarding the scope of the judicial record or discovery.

i.  Any party filing an Opposition to a Motion for Judgment on Stipulated Record shall do so thirty days (30 days) following receipt of the Motion for Judgment on Stipulated Record.

### Trial by Magistrate

The parties do not wish to seek trial before a Magistrate Judge.

### Certification Pursuant to LR, D.Mass.16.1

The parties' certifications will be filed under separate cover.

### Settlement

The Plaintiff has submitted a settlement offer to the Defendants pursuant to Rule 16.1(C).  The parties are engaged in discussions regarding this offer.

Respectfully submitted:

| | |
|---|---|
| The Plaintiff,<br>Katherine Power | The Defendants,<br>The Prudential Ins. Co. of America<br>Digital Equipment Corporation<br>Group Long Term Disability Plan,<br>aka, Hewlett-Packard Company<br>Group Long Term Disability Plan |
| By Her Attorneys, | By its Attorneys, |
| /s/ Mala M. Rafik<br>Mala M. Rafik<br>BBO No. 638075<br>S. Stephen Rosenfeld<br>BBO No. 428940<br>Rosenfeld & Rafik, P.C.<br>44 School Street, Suite 410<br>Boston, MA. 02108<br>(617) 723-7470 | /s/ Carey L. Bertrand<br>William T. Bogaert<br>BBO No. 546321<br>Carey L. Bertrand<br>BBO No. 650496<br>Wilson, Elser, Moskowitz, Edelman<br>Decker, LLP.<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

Dated: March 20, 2006