UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE POWER,<br><br>    Plaintiff<br><br>    V.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA & DIGITAL EQUIPMENT CORP. GROUP LONG TERM DISABILITY PLAN, aka, HEWLETT-PACKARD CO. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-40069FDS |

DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, LOCAL RULE 16.4 CERTIFICATION

    Pursuant to rule 16.4 of the local rules of the U.S. District Court For the District of Massachusetts, the undersigned counsel for the Prudential Insurance Company of America and the undersigned Prudential Insurance Company of America representative certify that we have conferred over the potential costs of litigation and litigation alternatives and have considered resolution of this litigation through the use of alternative dispute resolution.

Respectfully submitted,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

                              By Its Attorneys,

| | |
|---|---|
| /s/ Len Guisti | /s/ Carey L. Bertrand |
| Len Guisti, Esq. | William T. Bogaert, BBO#546321 |
| Director, Litigation | Carey L. Bertrand, BBO#650496 |
| Prudential Insurance Company of America | WILSON, ELSER, MOSKOWITZ, |
| 290 W. Mt. Pleasant Ave. | EDELMAN & DICKER, LLP |
| Livingston, NJ 07039 | 155 Federal Street |
| | Boston, MA 02110 |
| | (617) 422-5300 |

54984.1

**Certificate of Service**

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on March 21, 2006.

<u>/s/ Carey Bertrand</u>

54984.1