**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Katherine Power,**

    **Plaintiff,**

v.                                                            CIVIL ACTION
                                                                  NO. 05-40069

**Prudential Insurance Co. of America, et al.,**

    **Defendants.**

**SCHEDULING ORDER**

**SAYLOR, J.**

      This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after  5/5/06 .

2. **Record for Judicial Review.**
   i. Defendants will provide plaintiff with a complete copy of the Proposed Record for Judicial Review by  4/21/06 .

   ii. Plaintiff will notify defendants counsel in writing of all information she seeks to redact, or file under seal pursuant to Local Rule 5.3 by  5/12/06 .

   iii. If defendants object to any of plaintiff's proposed redactions or filings under seal the parties shall attempt to resolve those issues. If they are unable to agree, either party may file a motion by  5/26/06  seeking a ruling by the Court on the issue(s). Alternatively, either party may file a motion to seal the entire Record for Judicial Review by  5/26/06 .

    iv.      If plaintiff claims that any of the record is incomplete or inaccurate, she must notify defendants' counsel in writing by __5/5/06__. If plaintiff does not so notify defendants' counsel, defendants shall file each of the documents served on plaintiff and entitle it "Agreed to Record for Judicial Review." If plaintiff does provide such notice, the parties shall attempt to ascertain an Agreed to Record by __5/12/06__. To the extent the parties disagree concerning the proper contents of the record, plaintiff shall file a motion detailing any additional material she seeks to add to the record by __5/26/06__. Oppositions must be filed within __30 days__ after service of that motion.

**3.**     **Leave to Conduct Discovery.**
    i.      If any party proposes that it is entitled to discovery to constitute or supplement the record, the party must file a motion for leave to conduct discovery with the Court by __5/26/06__ with a copy of the proposed discovery request attached thereto. Oppositions must be filed within __30 days__ after service of that motion.

**4.**     **Standard of Review.**
    i.      The parties shall file motions regarding the standard of review to be utilized in this matter by __7/26/06__.

**5.**     **Status Conference.** A status conference will be held on __9/14/06 at 3:00 p.m.__

### Procedural Provisions

**1.**     **Extension of Deadlines.**

    **a.**     **Fact Discovery - Interim Deadlines**. The parties may extend any interim deadline for fact discovery by mutual written agreement filed with the court.

    **b.**     **Fact Discovery - Final Deadline; Expert Discovery.** The parties may extend the final deadline for fact discovery or the deadlines for expert discovery for a combined total of up to 30 days by mutual written agreement filed with the court.

    **c.**     **Dispositive Motions and Pretrial Conference.** The parties may not extend the deadline for filing dispositive motions or the date of the final pretrial conference without leave of court. No extension of discovery deadlines shall modify or affect deadlines for filing dispositive motions or the date of the pretrial conference unless the court expressly orders otherwise.

      **d.**    **Procedure for Seeking Extensions from Court.**  Motions to extend or modify deadlines will be granted only for good cause shown.  Good cause may be shown where discovery has been delayed or a deadline otherwise has been affected by the time taken by the court to consider a motion.  All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

**2.**    **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.   If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

**3.**    **Reply Memoranda.**  Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum.  Parties may otherwise file reply or surreply memoranda only with leave of court.  When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

**4.**    **Additional Conferences.**  Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.  Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

**5.**    **Early Resolution of Issues.**  The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case.  Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

**6.**    **Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.

                                                                                                 By the Court,

    3/29/06                                                                             /s/ Martin Castles
      Date                                                                                 Deputy Clerk