UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE POWER,<br><br>    Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE CO. OF AMERICA & DIGITAL EQUIPMENT CORP. GROUP LONG TERM DISABILITY PLAN, aka, HEWLETT-PACKARD CO. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 05-40069FDS |

**STIPULATION of DISMISSAL WITH PREJUDICE**

Pursuant to the settlement agreement reached between all parties in the above-captioned matter, now comes the parties and hereby stipulate that this matter be dismissed with prejudice, without costs. The parties have come to an amicable agreement to settle this matter fully.

| Attorney for Defendants, | Attorney for Plaintiff, |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP | Rafik & Rosenfeld, P.C. |
| /s/ Carey Bertrand<br>William T. Bogaert, BBO #546321<br>Carey L. Bertrand, BBO #650496<br>155 Federal Street<br>Boston, Massachusetts 02110 | /s/ Mala M. Rafik<br>Mala M. Rafik, BBO#638075<br>44 School Street, Suite 410<br>Boston, MA  02108<br><br>Dated: July 10, 2006 |

60924.1